| | |
|---|---|
| Kathleen L. Wieneke, Bar #011139<br>Laura Van Buren, Bar #031669<br>Jacob A. Weld, Bar #036932<br>WIENEKE LAW GROUP, PLC<br>1225 West Washington Street, Suite 313<br>Tempe, Arizona 85281<br>Telephone: (602) 715-1868<br>Facsimile: (602) 455-1109<br>kwieneke@wienekelawgroup.com<br>lvanburen@wienekelawgroup.com<br>jweld@wienekelawgroup.com<br><br>*Attorneys for Defendants Larson, Pitz, Ryan, Trujillo, Shinn and Thompson* | Christopher D. Thomas (#010482)<br>Andrea J. Driggs (#023633)<br>Paul F. Eckstein (#001822)<br>Janet M. Howe (#034615)<br>Kelleen Mull (#036517)<br>PERKINS COIE LLP<br>2901 North Central Avenue, Suite 2000<br>Phoenix, Arizona 85012-2788<br>Telephone:  602.351.8000<br>Facsimile:  602.648.7000<br>CThomas@perkinscoie.com<br>ADriggs@perkinscoie.com<br>PEckstein@perkinscoie.com<br>JHowe@perkinscoie.com<br>KMull@perkinscoie.com<br>DocketPHX@perkinscoie.com<br><br>*Attorneys for Plaintiff Earl Felton Crago, Jr.* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Earl Felton Crago, Jr.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Joseph Pitz, et al.,<br><br>　　　　　Defendant. | No. 2:19-cv-04532-ROS-ESW<br><br>**JOINT STATEMENT OF THE CASE** |

　　　　This is a civil lawsuit based on alleged constitutional violations of the Eighth and First Amendments. The plaintiff, Earl Crago, is an inmate at Arizona State Prison Complex–Lewis ("ASPC–Lewis").   The Defendants are Retired ADCRR Director Charles Ryan, current Director David Shinn, Retired Northern Region Operations Director Ernest Trujillo, Retired Warden Berry Larson, Warden Gerald Thompson, and Retired Deputy Warden Joseph Pitz.

　　　　This lawsuit has three counts. The plaintiff has the burden of proving these claims. Plaintiff Crago alleges in Count I that Defendants were deliberately indifferent to his safety

158228027.2

in violation of the Eighth Amendment of the United States Constitution in failing to protect him while he has been housed as an inmate at ASPC-Lewis. Count I is alleged against all Defendants. Mr. Crago alleges that Defendants acted with deliberate indifference to a threat to his safety based on the conditions at Lewis prison, such as inadequate staffing and broken cell door locks. Defendants deny their conduct violated the Eighth Amendment.

Plaintiff Crago also alleges in Count II that Defendant Joseph Pitz, then-Deputy Warden of ASPC-Lewis, retaliated against Mr. Crago in violation of the First Amendment of the United States Constitution. Count II is alleged against Defendant Pitz only. Plaintiff Crago alleges that Defendant Pitz retaliated against him for his protected First Amendment activities, namely filing grievances and complaints regarding Plaintiff Crago's concerns about the safety conditions at ASPC-Lewis.  Defendant Pitz denies his conduct violated the First Amendment of the United States Constitution.

Finally, in Count III, Plaintiff alleges that, on three separate occasions in 2019, Defendant Pitz instructed prisoners to assault Plaintiff because of his constitutionally protected filing of grievances about prison safety. Count III is alleged against Defendant Pitz only. Defendant Pitz denies any such instruction was provided and denies that his conduct violated the Eighth Amendment of the United States Constitution.

Plaintiff seeks damages, declaratory, and injunctive relief. Defendants deny Plaintiff is entitled to any damages.

DATED this 9th day of September 2022.

WIENEKE LAW GROUP, PLC

By: */s/ Laura Van Buren*
Kathleen L. Wieneke
Laura Van Buren
Jacob A. Weld
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants Larson, Pitz, Ryan, Trujillo, Shinn and Thompson*

158228027.2

| | |
|---|---|
| 1 | PERKINS COIE LLP |
| 2 | |
| 3 | By: */s/ Christopher Thomas (w/ permission)* |
| 4 | Christopher D. Thomas |
| | Andrea J. Driggs |
| 5 | Paul F. Eckstein |
| | Janet M. Howe |
| 6 | Kelleen Mull |
| 7 | 2901 N. Central Avenue, Suite 2000 |
| | Phoenix, Arizona 85012-2788 |
| 8 | *Attorneys for Plaintiff* |

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Christopher D. Thomas<br>Andrea J. Driggs<br>Paul F. Eckstein<br>Janet M. Howe<br>Kelleen Mull<br>PERKINS COIE LLP<br>2901 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012-2788<br>*Attorneys for Plaintiff* | Thomas J. Tobin<br>Cara V. Wallace<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101<br>*Admitting Pro Hac Vice*<br>*Attorneys for Plaintiff* |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

By:   */s/ Mica Mahler*

158228027.2