## JURY VERDICT

We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths find:

### Eighth Amendment Claim

Did any of the Defendants fail to protect Plaintiff Crago in violation of the Eighth Amendment?

| | | |
|---|---|---|
| Defendant Ryan | [ ] Yes | [X] No |
| Defendant Trujillo | [ ] Yes | [X] No |
| Defendant Larson | [ ] Yes | [X] No |
| Defendant Pitz | [ ] Yes | [X] No |

### First Amendment Claim

Did Defendant Pitz retaliate against Plaintiff Crago in violation of the First Amendment?

[ ] Yes [X] No

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 1 9 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

- 2 -

## Damages

Having found in favor of Plaintiff Earl Crago and against Defendant(s), we find the damages in the amount of:

$ _____ against Defendant(s).

On the question of punitive damages, we find they are warranted against the following defendants in the following amounts.

$ _____ against Defendant Charles Ryan.

$ _____ against Defendant Ernest Trujillo.

$ _____ against Defendant Berry Larson.

$ _____ against Defendant Joseph Pitz.

By: _____Juror #7_____

Foreperson

Date: 9/19/22