CV-19-04532-ROS

___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

SEP 1 9 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

When an objection is made as to "foundation", what does that mean? I'd like clarification of the term.

Juror 8