IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Earl Felton Crago, Jr., | No. CV-19-04532-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Joseph Pitz, et al., | |
| Defendants. | |

The jury resolved Plaintiff's legal claims against Defendants Joseph Pitz, Berry Larson, Charles Ryan, and Ernie Trujillo. The only remaining issue is Plaintiff's request for equitable relief. In resolving that issue, the Court must "follow the jury's implicit or explicit factual determinations." *U.S. Sec. & Exch. Comm'n v. Jensen*, 835 F.3d 1100, 1112 (9th Cir. 2016). Thus, when considering if injunctive relief is appropriate, the Court will be "bound by all factual determinations made by the jury." *Id.*

The evidence at trial focused on the conditions at Lewis prison in 2017 to 2019. Injunctive relief, however, must address current conditions. *See* 18 U.S.C. § 3626(a)(1) (requiring injunctive relief "extend no further than necessary to correct the violation of the Federal right"). Therefore, the jury's factual determinations may have little bearing on the availability of injunctive relief. The parties will be required to confer and submit a joint statement explaining what aspects, if any, of the current conditions Plaintiff believes constitute an Eighth Amendment violation.[1]  In addition, the parties stipulated to the

---

[1] In the operative complaint, Plaintiff simply requested "necessary injunctive relief." (Doc. 222 at 26).

dismissal of Gerald Thompson. The joint statement should confirm the intent was to dismiss Gerald Thompson entirely such that the only Defendant is Defendant Shinn. Once the joint status report is filed, and if it indicates a trial is necessary, the Court will set a trial date in November 2022.

Accordingly,

**IT IS ORDERED** no later than **September 30, 2022**, the parties shall file a joint statement as outlined above.

**IT IS FURTHER ORDERED** the Motion for Reconsideration (Doc. 310) is **DENIED AS MOOT**.

Dated this 21st day of September, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge