| | |
|---|---|
| Christopher D. Thomas, Bar #010482 | Kathleen L. Wieneke, Bar #011139 |
| Andrea J. Driggs, Bar #023633 | Laura Van Buren, Bar #031669 |
| Paul F. Eckstein, Bar #001822 | Jacob A. Weld, Bar #036932 |
| Janet M. Howe, Bar #034615 | **WIENEKE LAW GROUP, PLC** |
| **PERKINS COIE LLP** | 1225 West Washington Street, Suite 313 |
| 2901 North Central Avenue, Suite 2000 | Tempe, Arizona 85288 |
| Phoenix, Arizona 85012-2788 | Telephone: (602) 715-1868 |
| Telephone: 602.351.8000 | Facsimile: (602) 455-1109 |
| CThomas@perkinscoie.com | Email: kwieneke@wienekelawgroup.com |
| ADriggs@perkinscoie.com | Email: lvanburen@wienekelawgroup.com |
| PEckstein@perkinscoie.com | Email: jweld@wienekelawgroup.com |
| JHowe@perkinscoie.com | |
| DocketPHX@perkinscoie.com | *Attorneys for Defendant Thornell* |

Cara Wallace (WA Bar #50111) *(admitted pro hac vice)*
Thomas J. Tobin (WA Bar #55189) *(admitted pro hac vice)*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: 206.359.8000
CWallace@perkinscoie.com
TTobin@perkinscoie.com

*Attorneys for Plaintiff Earl Felton Crago, Jr.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Earl Felton Crago, Jr., | No. 2:19-cv-04532-ROS-ESW |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| Joseph Pitz, et al., | |
| Defendant. | |

The parties, through counsel and pursuant to the Court's Order at Doc. 393, provide this update to the Court. The parties are in the process of negotiating a resolution to all claims in this matter. Defendant will provide a declaration from Fred Moreno, the Assistant Director of Facilities Management, regarding the replacement of cell doors and locks at Buckley Unit. Once Plaintiff receives this declaration, the parties anticipate filing a stipulation to dismiss this case with prejudice, each party to bear their own fees and costs. The parties do not anticipate any need for dispositive motions. The parties will file a supplement to this update by Friday, May 12.

Dated: May 9, 2023

**PERKINS COIE LLP**

By: */s/ Janet M. Howe*
　　Christopher D. Thomas
　　Andrea J. Driggs
　　Paul F. Eckstein
　　Janet M. Howe
　　2901 North Central Avenue, Suite 2000
　　Phoenix, Arizona 85012-2788

　　Thomas J. Tobin *(admitted pro hac vice)*
　　Cara Wallace *(admitted pro hac vice)*
　　1201 Third Avenue, Suite 4900
　　Seattle, Washington 98101

*Attorneys for Plaintiff Earl Felton Crago, Jr.*

**WIENEKE LAW GROUP, PLC**

By: */s/ Laura Van Buren (with permission)*
　　Kathleen L. Wieneke
　　Laura Van Buren
　　Jacob A. Weld
　　1225 West Washington Street, Suite 313
　　Tempe, Arizona 85288

*Attorneys for Defendant Thornell*

-1-

# CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kathleen L. Wieneke
Laura A. Van Buren
Jacob A. Weld
Wieneke Law Group PLC, Suite 209
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Email: kwieneke@wienekelawgroup.com
Email: lvanburen@wienekelawgroup.com
Email: jweld@wienekelawgroup.com

Attorneys for Defendant Ryan Thornell

*s/ Shawne Murphy*
162083952.2

-2-