Christopher D. Thomas, Bar #010482
Andrea J. Driggs, Bar #023633
Paul F. Eckstein, Bar #001822
Janet M. Howe, Bar #034615
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone:  602.351.8000
CThomas@perkinscoie.com
ADriggs@perkinscoie.com
PEckstein@perkinscoie.com
JHowe@perkinscoie.com
DocketPHX@perkinscoie.com

Kathleen L. Wieneke, Bar #011139
Laura Van Buren, Bar #031669
Jacob A. Weld, Bar #036932
**WIENEKE LAW GROUP, PLC**
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Facsimile: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: lvanburen@wienekelawgroup.com
Email: jweld@wienekelawgroup.com

*Attorneys for Defendant Thornell*

Cara Wallace (WA Bar #50111) *(admitted pro hac vice)*
Thomas J. Tobin (WA Bar #55189) *(admitted pro hac vice)*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: 206.359.8000
CWallace@perkinscoie.com
TTobin@perkinscoie.com

*Attorneys for Plaintiff Earl Felton Crago, Jr.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Earl Felton Crago, Jr.,<br><br>                    Plaintiff,<br><br>          v.<br><br>Joseph Pitz, et al.,<br><br>                    Defendant. | No. 2:19-cv-04532-ROS-ESW<br><br>**JOINT STATUS REPORT**<br><br>**AND**<br><br>**REQUEST TO CONTINUE STATUS CONFERENCE** |

The parties, through counsel and pursuant to the joint status report filed on May 9, 2023 (Dkt. 394), provide this update to the Court. The parties are still in the process of negotiating a resolution to all claims in this matter. The parties anticipate filing a stipulation to dismiss this case with prejudice, each party to bear their own fees and costs, by May 17, 2023. As a result, the parties respectfully request that the court continue the upcoming status conference set for May 16, 2023, until a further date as the status conference will likely be mooted by the submission of the stipulation and proposed order.

Dated:  May 12, 2023                    **PERKINS COIE LLP**

                                        By: */s/ Janet M. Howe*
                                            Christopher D. Thomas
                                            Andrea J. Driggs
                                            Paul F. Eckstein
                                            Janet M. Howe
                                            2901 North Central Avenue, Suite 2000
                                            Phoenix, Arizona 85012-2788

                                            Thomas J. Tobin *(admitted pro hac vice)*
                                            Cara Wallace *(admitted pro hac vice)*
                                            1201 Third Avenue, Suite 4900
                                            Seattle, Washington 98101

                                        *Attorneys for Plaintiff Earl Felton Crago, Jr.*

                                        **WIENEKE LAW GROUP, PLC**

                                        By: */s/ Laura Van Buren (with permission)*
                                            Kathleen L. Wieneke
                                            Laura Van Buren
                                            Jacob A. Weld
                                            1225 West Washington Street, Suite 313
                                            Tempe, Arizona 85288

                                        *Attorneys for Defendant Thornell*

CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kathleen L. Wieneke
Laura A. Van Buren
Jacob A. Weld
Wieneke Law Group PLC, Suite 209
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Email: kwieneke@wienekelawgroup.com
Email: lvanburen@wienekelawgroup.com
Email: jweld@wienekelawgroup.com

Attorneys for Defendant Ryan Thornell

/s/ Mica Mahler
162147291.1