Christopher D. Thomas, Bar #010482
Andrea J. Driggs, Bar #023633
Paul F. Eckstein, Bar #001822
Janet M. Howe, Bar #034615
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone:  602.351.8000
CThomas@perkinscoie.com
ADriggs@perkinscoie.com
PEckstein@perkinscoie.com
JHowe@perkinscoie.com
DocketPHX@perkinscoie.com

Cara Wallace (WA Bar #50111) *(admitted pro hac vice)*
Thomas J. Tobin (WA Bar #55189) *(admitted pro hac vice)*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: 206.359.8000
CWallace@perkinscoie.com
TTobin@perkinscoie.com

*Attorneys for Plaintiff Earl Felton Crago, Jr.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Earl Felton Crago, Jr.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Joseph Pitz, et al.,<br><br>　　　　　　Defendants. | No. 2:19-cv-04532-ROS-ESW<br><br>**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(2)** |

Under Federal Rule of Civil Procedure 41(a)(2), Plaintiff moves to voluntarily dismiss this case based on the representations by Assistant Deputy Warden Robert Gierke and COII Jose Zazueta in their depositions taken on April 7, 2023, and the Declaration of Assistant Director of Facilities Management Fred Moreno that (1) all cell doors and locks in the Buckley Unit of ASPC-Lewis have been replaced, (2) the cell doors and locks are

currently functioning as designed, and (3) inmates are not able to manipulate their cell locks or doors to exit their cells without authorization. The deposition transcripts and declaration are in the possession of counsel for the parties.

Accordingly, the Plaintiff hereby requests that this Court dismiss this litigation in its entirety without prejudice, each side to bear its own attorneys' fees and costs.

Dated: May 19, 2023

**PERKINS COIE LLP**

By: */s/ Janet M. Howe*
Christopher D. Thomas
Andrea J. Driggs
Paul F. Eckstein
Janet M. Howe
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788

Thomas J. Tobin *(admitted pro hac vice)*
Cara Wallace *(admitted pro hac vice)*
1201 Third Avenue, Suite 4900
Seattle, Washington 98101

*Attorneys for Plaintiff Earl Felton Crago, Jr.*

# CERTIFICATE OF SERVICE

I hereby certify that on May 19th, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kathleen L. Wieneke
Laura A. Van Buren
Wieneke Law Group PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Email: kwieneke@wienekelawgroup.com
Email: lvanburen@wienekelawgroup.com

*Attorneys for Defendant Ryan Thornell*

*s/ Marie van Olffen*